[No. 40834-1-II. Division Two. January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WAYNE JONES, *Appellant.*

 *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Johanson, JJ.

[No. 40929-1-II. Division Two. January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN TROY ABRAM, *Appellant.*

. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Johanson, JJ.

[No. 41027-3-II. Division Two. January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON TROY ROBINSON, *Appellant.*

 *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 41202-1-II. Division Two. January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN MICHAEL WARD, *Appellant.*

 *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.